the written evidence being in no way connected with the controversy and relating apparently to some transaction with which the plaintiff had no concern. To the extent that the judgment is for damages upon the first cause of action for rent under the assignment of the principal lease, it has support in the evidence; but, because of the failure of proof of special damage, it is excessive by the sum of $125. The judgment will be reversed, and a new trial ordered, with costs to appellant to abide the event, unless respondent shall stipulate to reduce the judgment to $191.50, in which event the judgment, as reduced, will be affirmed, without costs.

O'NEIL, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Delia O'Neil against the New York City Railway Company. B. H. Ames, for appellant. M. P. O'Connor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OPPER v. HELLINGER. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Henry Opper, as administrator, against Leopold Hellinger. No opinion. Motion denied. Order filed.

In re O'SULLIVAN. (Supreme Court, Appellate Division, First Department. February 7, 1908.) In the matter of Michael O'Sullivan. No opinion. Motion denied. Settle order on notice.

OUDERKIRK et al., Appellants, v. BAYLESS PULP & PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Fireman Ouderkirk and another against the Bayless Pulp & Paper Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

PALTEY v. EGAN. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Adolph Paltey against Patrick B. Egan. No opinion. Motion denied, with $10 costs. Order filed.

PASQUALE, Respondent, v. DEL PAPA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Paolini Pasquale against Michael Del Papa. No opinion. Judgment and order affirmed, with costs.

PECK, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Samuel W. Peck against Josephine Peck. S. Kohn, for appellant. R. M. Morgan, for respondent. No opinion. Order modified, as stated in order, and as so modified, affirmed, without costs. Order filed. See 107 N. Y. Supp. 925.

PENN v. NEW YORK HOUSE WRECKING CO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Mary Penn, as administratrix, against the New York House Wrecking Company. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE v. ACKRON. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Proceeding by the people of the state of New York against Charles E. Ackron. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. BANKS, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York against A. Bleecker Banks. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE v. BECKERT. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York against Peter J. Beckert. No opinion. Motion denied. Settle order on notice.

PEOPLE v. BRECHT. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York against Lena Brecht. No opinion. Motion granted. Settle order on notice.

PEOPLE, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Proceeding by the people of the state of New York against Edwin Cook. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. DELEMARRE, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York against Louis Delemarre. H. A. Geney, for appellant. R. C. Beatty, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, J., dissents, on the ground that the evidence does not connect the defendant with the offense.

PEOPLE, Respondent, v. DUNHAM, Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Proceeding by the people of the state of New York against Ansel W. Dunham.
PER CURIAM. Judgment affirmed.
SMITH, P. J., not voting. SEWELL, J., dissents.

PEOPLE v. GOODMAN. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Proceeding by the people of the state of New York against Isaac Goodman. No opinion. Motion granted. Order filed.

PEOPLE, Respondents, v. LANING, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Pro-

ceeding by the people of the state of New York against Howard W. Laning. No opinion. Motion granted.

PEOPLE v. McCLELLAN et al. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Proceeding by the people of the state of New York against George B. McClellan and another. No opinion. Cause ordered to be tried in Trial Term, Part 18.

PEOPLE v. RUSSO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York against Joseph Russo. No opinion. Motion denied, on condition that appellant be ready for February term.

PEOPLE, Respondent, v. VAN REE, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York against Frank V. Van Ree. No opinion. Motion denied. Order filed.

PEOPLE ex rel. BLOODGOOD et al., Appellants, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York, on the relation of John H. Bloodgood and others, as executors, etc., against Lawson Purdy and others, as commissioners, etc. H. W. Hayden, for appellants. D. Rumsey, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. CARROLL, Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York, on the relation of Joseph D. Carroll, against Mattie L. Carroll. A. J. Baldwin, for appellant. M. H. Harris, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. DEISTER, Appellant, v. WINTERMUTE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York, on the relation of John H. Deister, against Thomas J. Wintermute. No opinion. Motion denied.

PEOPLE ex rel. GORMAN v. BELL et al., Police Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Patrick Gorman, against J. Harvey Bell and others, as police commissioners of the city of Yonkers, etc. No opinion. Reargument ordered, and case set down for Tuesday, February 25, 1908.

PEOPLE ex rel. MELENBACKER, Appellant, v. HARRISON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Proceeding by the people of the state of New York, on the relation of Jacob Melenbacker, against W. K. Harrison and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. PARKER v. BINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Frederick G. Parker, against Theodore A. Bingham, commissioner, etc. M. Goodman, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed. See 57 Misc. Rep. 28, 106 N. Y. Supp. 1079.

PEOPLE ex rel. POWERS & MANSFIELD CO., Respondent, v. SCHNEIDER, Com'r, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York, on the relation of the Powers & Mansfield Company, against Henry Schneider, as commissioner of public works of the city of Troy. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. SIMON v. DARLINGTON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Maurice Simon, against Thomas Darlington and others. M. D. Silverstein, for relator. T. Connoly, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SPAHN v. BUTLER, Com'r. GAY v. SAME. LOCKWOOD v. SAME. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York, on the relation of Otto J. Spahn, by Harry G. Gay, and by William Lockwood against Edmond J. Butler, as commissioner. No opinions. Motions denied, with $10 costs. Orders filed.

PEOPLE ex rel. SPENCER, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Proceeding by the people of the state of New York, on the relation of Stephen L. Spencer, against Charles Martin and others. B. Franklin, for appellant. R. N. Burgess, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WHITE, Appellant, v. BETTS, Justice, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of A. A. White, against James A. Betts, as justice of the Supreme Court, holding a Special Term thereof. No opinion. Motion denied.

PERRY v. BATES. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Alvan W. Perry against Benjamin L. M. Bates. No opinion. Motion for reargument denied. Leave to appeal to the